CLERK'S OFFICE U.S. DIST COURT
AT DANVILLE, VA
FILED
For Roanoke
MAY 25 2010
JOHN F. CORCORAN, CLERK
BY: /s/ 
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ROBERT A. HANCOCK, | ) | Civil Action No. 7:10-cv-00045 |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MAJOR JOHN COMBS, <u>et al.</u>, | ) | By: Hon. Jackson L. Kiser |
|     Defendants. | ) | Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that plaintiff's complaint is **DISMISSED** for failing to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915A(b)(1), and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the plaintiff.

ENTER: This 25th day of May, 2010.

/s/ Jackson L. Kiser
Senior United States District Judge